# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-11604-MDC

EUGENE KRAJEWSKI

126 HARMIL ROAD

BROOMALL, PA 19008-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EUGENE KRAJEWSKI

    126 HARMIL ROAD

    BROOMALL, PA 19008-

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPER DARBY, PA 19082

Date: 5/21/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee