United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-11604-mdc
Eugene Krajewski                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 2           Date Rcvd: Jun 18, 2020
                            Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
```
db              +Eugene Krajewski,    126 Harmil Road,    Broomall, PA 19008-1225
cr              +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...,    8950 Cypress Waters Boulevard,
                  Coppell, TX 75019-4620
14483596        +MR COOPER,    8950 CYPRESS WATERS BLVD,    Coppell, TX 75019-4620
14495671        +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14507231        +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    c/o Kristen D. Little, Esquire,
                  Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14495372       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,     PO BOX 9490,
                  Cedar Rapids, Iowa 52409-9490)
14495270        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14496874        +Toyota Motor Credit Corporation,    c/o Rebecca A Solarz, Esquire,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14496470        +Toyota Motor Credit Corporation,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14495359        +US BANK NATIONAL ASSOCAITION,    PO Box 619096,    Dallas TX 75261-9096
14491173        +US Bank National Assocaition,    Robertson, Anschutz, Schneid & Crane LLC,
                  10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14491604        +US Bank National Association,    c/o Robertson, Anschutz, Schneid & Crane,
                  10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 19 2020 04:27:03     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:26:41
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2020 04:26:57     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14487307        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2020 04:42:22
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14485153         E-mail/PDF: cbp@onemainfinancial.com Jun 19 2020 04:31:34     ONEMAIN,    P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +US Bank National Assocaition,    Robertson, Anschutz, Schneid & Crane LLC,
                  10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14483597       ##+TOYOTA FINANCIAL SVCS,    19001 WESTERN AVENUE,    TORRANCE, CA 90501-1106
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Jun 18, 2020
                              Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:

```
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
               pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Eugene  Krajewski tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
EUGENE KRAJEWSKI

Chapter 13

Debtor

Bankruptcy No. 20-11604-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 18, 2020

Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
TIMOTHY ZEARFOSS  
143-145 LONG LANE

UPER DARBY, PA 19082

Debtor:  
EUGENE KRAJEWSKI

126 HARMIL ROAD

BROOMALL, PA 19008-